UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:07-CV-156-KSF

INTERNATIONAL COAL GROUP, INC.                                             PLAINTIFF

vs.                          **AMENDED SUMMARY JUDGMENT**

DOROTHY PENNINGTON                                                         DEFENDANT

This matter is before the Court on Defendant's motion to alter, amend and vacate the Judgment entered February 9, 2009. The Court having considered the response thereto and otherwise being sufficiently advised;

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Alter, Amend and Vacate the Judgment [DE 26] is **GRANTED IN PART**;

2. The separate final Judgment entered on February 9, 2009 is **VACATED**;

3. A constructive trust or equitable lien, not to exceed $41,836.79, is hereby imposed in favor of the Plaintiff, International Coal Group, Inc. on settlement proceeds received by the Defendant, Dorothy Pennington, as a result of the injuries she sustained in an automobile accident occurring on July 16, 2005;

4. In all other respects, the Summary Judgment entered February 9, 2009 remains in full force and effect;

5. Defendant's belated request for a hearing regarding equitable reduction in the trust or lien for attorney fees and expenses is **DENIED** based upon the Plan language.

*See Health Cost Controls v. Isbell*, 139 F.3d 1070, 1072 (6th Cir. 1997); *Ward v. Wal-Mart Stores, Inc.*, 1999 WL 801532 at *4 (6th Cir. 1999); and

6. This Amended Judgment is final and appealable as no just cause for delay exists.

This April 17, 2009.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge